# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BLAKE J. LEE

NO. 2020 KW 1121

**FEBRUARY 1, 2021**

---

In Re:   Blake J. Lee, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 518-20.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED AS MOOT.** The record of the Iberville Parish Clerk of Court's Office shows that on January 4, 2021, the State nol-prossed the charges in this case.

**MRT
EW
CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT